UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **RICHARD DANIELS, JR.,** | Civil Action No. |
| Plaintiff, | |
| v. | |
| **MONARCH RECOVERY MANAGEMENT, INC.** | |
| Defendant. | |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. § 1441(b), 28 U.S.C. § 1331, and Local Rule 1.06 Defendant, Monarch Recovery Management, Inc. (hereafter "Monarch") by and through its counsel, Treman, Kemker, Scharf, Barkin, Frye, O'Neill & Mullins, P.A. hereby removes the action captioned as Richard Daniels, Jr. v. Monarch Recovery Management, Inc., as filed in the County Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida at filing number 138651764 ("the Action"), to the United States District Court for the Middle District of Florida, Tampa Division, based upon the following:

1. On or about November 16, 2021 Plaintiff, Richard Daniels, Jr. (hereinafter "Plaintiff") filed the Action in the County Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Case No. 21-CC-112956.

A copy of the complete file and docket for the Action is attached hereto as **Composite Exhibit A.**

2. Monarch first received notice of the Action on February 17, 2022 when it was served with Plaintiff's Complaint.

3. Based on the foregoing, Monarch has timely filed this Notice of Removal within thirty days of being served with the Complaint and within thirty days of the date that the Action was first removable. See 28 U.S.C. § 1446(b).

4. The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Monarch pursuant to the provisions of 28 U.S.C. § 1441(b), in that Plaintiff has alleged that Monarch violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, thereby asserting a claim that arises under federal law.

5. In that the cause of action alleged by Plaintiff arise from the performance of obligations of the parties within the State of Florida, Hillsborough County, the United States District Court for the Middle District of Florida, Tampa Division should be assigned the Action.

6. Pursuant to 28 U.S.C. § 1446(d), Monarch will file a copy of this Notice of Removal with the Clerk of the United States District Court for the Middle District of Florida, Tampa Division; will serve counsel for Plaintiff with a copy of this Notice of Removal; and will file the Notice of Removal in the County Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

**WHEREFORE**, Defendant, Monarch Recovery Management, Inc. notifies this Court that this cause of action is removed from the County Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida to the United States District Court for the Middle District of Florida, Tampa Division pursuant to the provisions of 28 U.S.C. §§1331, and 1446.

Respectfully submitted,

/s/ Amy L. Drushal
CHARLES M. HARRIS, JR.
Florida Bar No. 967459
charris@trenam.com/
gkesinger@trenam.com
AMY L. DRUSHAL
adrushal@trenam.com
lbehr@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A.
200 Central Avenue, Suite 1600
St. Petersburg, FL 33701
Telephone:  727-896-7171
Fax:   727-820-0835
Attorneys for Monarch Recovery Management, Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of February, 2022, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record and that I provided opposing counsel with a copy of the filing via electronic mail.

/s/ Amy L. Drushal
Attorney